40,355-04

# JOHN H. FOSTEL
## DISTRICT JUDGE

271ST JUDICIAL DISTRICT COURT
WISE AND JACK COUNTIES
P. O. BOX 805
DECATUR, TEXAS 76234
940-627-3200

April 14, 2015

The Court of Criminal Appeals
P. O. Box 12308
Capitol Station
Austin, Texas 78711

Re:   Cause No. 4205-C;
Ex Parte: Ronald Wayne Harrison;
WR-40,355-04

Honorable Court:

I respectfully request a 60-day extension of the original deadline to conduct a hearing on Mr. Harrison's Writ of Habeas Corpus.

If anything further is needed from this Court at this time, please advise.

Very truly yours,

Judge John H. Fostel

cc:   Ms. Lindy Borchardt
Assistant District Attorney
Hand Delivered

Mr. Bill Ray
By Facsimile: 817-698-9092

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

APR 17 2015

Abel Acosta, Clerk